1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

CARLOS A EMERSON,

              Defendant.

CASE NUMBER CR02-5477

MINUTE ORDER QUASHING
WARRANT FOR ARREST

     NOW, on this 26th day of July, 2006, the Court directs the Clerk to enter the following Minute Order:

     The Government has moved to dismiss the Information filed against the defendant in the above-indicated matter.  Therefore, the Warrant for Arrest issued on or about August 5, 2002, is hereby QUASHED.

     The following Minute Order entered by   __s/ Kelly A Miller                  ,

Deputy Clerk, BY THE DIRECTION OF THE HONORABLE J KELLEY ARNOLD, UNITED STATES MAGISTRATE JUDGE.

MINUTE ORDER
QUASHING WARRANT -1